# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130840

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE TERRENCE ALLEN WALKER, Minor.

_____

PEOPLE OF THE STATE OF MICHIGAN,
   Petitioner-Appellee,

v

TERRENCE ALLEN WALKER,
   Respondent-Appellant.

SC: 130840
COA: 258129
Kent CC: 97-001809-DL

_____/

   On order of the Court, the application for leave to appeal the February 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

s0724

_____
Clerk